# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL F. GUERNSEY | § | |
| Plaintiff, | § | Case No. 4-06-0520 GH |
| vs. | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |
| Defendant. | § | |

## ORDER

Plaintiff has requested an extension until April 4, 2007 to produce his experts for deposition. Defendant has no objection. The expert deadlines will be amended as follows:

IT IS SO ORDERED that Plaintiff will produce his experts by April 4, 2007; Defendant will designate its expert witnesses by May 4, 2007; Defendant will produce its experts no later than June 4, 2007. Except for the deadlines stated herein, this Order does not otherwise extend the discovery deadline for any reason.

IT IS SO ORDERED, this 29th day of March, 2007.

_____
GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE