IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMUEL F. GUERNSEY                                                                PLAINTIFF

V.                                        No. 4:06CV00520 RSW

UNION PACIFIC RAILROAD COMPANY                                      DEFENDANT

## JUDGMENT

In accordance with the Motion to Dismiss (doc. 39) filed by the Plaintiff and the Order (doc. 40) entered by the Court the 14th day of August, 2007,

Judgment is entered and this case is dismissed with prejudice.

JAMES W. MCCORMACK, CLERK

By: /s/ Mary Ann Rawls
    Mary Ann Rawls, Deputy Clerk

Date: August 15, 2007